UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X

LESALDO SHALTO,

Plaintiff,

-against-

PARIS OVEN INC. AND SETIRI SPIRO SOTIRIOU,

Defendants.

--------------------------------------------------------X

*Civil Action No.*

1:22-cv-02136-LDH-VMS

**NOTICE OF SETTLEMENT**

PLEASE TAKE NOTICE that Plaintiff, **LESALDO SHALTO** and Defendants, **PARIS OVEN INC. AND SETIRI SPIRO SOTIRIOU,** hereby notify this Honorable Court that settlement has been reached in principle in the above-referenced case among the parties. The Parties are drafting the necessary documents and expect to finalize the agreement in the next few weeks. Accordingly, we respectfully request a thirty (30) day order be issued.

Dated: December 20, 2022

By:______________________________

Bradly G. Marks
The Marks Law Firm, PC
155 E 55th Street, Suite 4H
New York, NY 10022
T:(646) 770-3775