**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

LESALDO SHALTO,

Plaintiff,

v.

PARIS OVEN INC. AND SETIRI SPIRO SOTIRIOU,

Defendants.

Case No. 1:22-cv-02136-LDH-VMS

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Lesaldo Shalto ("Plaintiff") and Defendants, Paris Oven Inc. and Setiri Spiro Sotiriou ("Defendants"), by and through Plaintiff's undersigned counsel and Defendants' undersigned counsel, hereby stipulate and agree that this action shall be DISMISSED WITH PREJUDICE against all parties. Each party shall bear its own costs, expenses, and attorney's fees.

Dated: New York, New York
February 6, 2023

**PIDDOUBNY & PELEKH, P.C.**

By____________________
Peter Piddoubny, Esq.
2584 Steinway Street
Astoria, NY 11103
Telephone: (718) 721-7600
*Attorneys for Defendants*
***PARIS OVEN INC. AND***
**SETIRI SPIRO SOTIRIOU**

**THE MARKS LAW FIRM, P.C.**

By____________________
Bradly G. Marks, Esq.
155 East 55th Street, Suite 6A
New York, NY 10022
Telephone: (646) 770-3775
*Attorneys for Plaintiff*
***LESALDO SHALTO***

**SO ORDERED:**

s/ LDH 2/10/2023

**Honorable LaShann DeArcy Hall, USDJ**